# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SANJIT GANGULI, as Independent Administrator of the Estates of MUKTESH MUKHERJEE, Deceased, and XIAOMO BAI, Deceased, | ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | ) ) ) | No.   1:15-cv-11832 |
| v. | ) ) | |
| MALAYSIA AIRLINES BERHAD and MALAYSIAN AIRLINES SYSTEM BERHAD, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff SANJIT GANGULI, as Independent Administrator of the Estates of MUKTESH MUKHERJEE, Deceased, and XIAOMO BAI, Deceased, by his counsel, hereby gives notice that based on written representations of counsel for Malaysian Airlines System Berhad, the above-captioned action is voluntarily dismissed, without prejudice against the defendant MALAYSIA AIRLINES BERHAD. The action against the defendant MALAYSIAN AIRLINES SYSTEM BERHAD shall remain pending.

Date: January 11, 2016

s/ Kevin P. Durkin

Kevin P. Durkin
Michael S. Krzak
Tracy A. Brammeier
Clifford Law Offices. P.C.
120 N LaSalle St, 3100
Chicago IL 60602
T: (312) 899-9090
F: (312) 251-1160
KPD@cliffordlaw.com
MSK@cliffordlaw.com
TAB@cliffordlaw.com